■ ENKI PROPERTIES, N. V., Appellant, v LOFT BOARD OF THE CITY OF NEW YORK, Respondent.—Order and judgment (one paper), Supreme Court, New York County (Eve Preminger, J.), entered on October 17, 1985, unanimously vacated as one made in excess of jurisdiction, and this court having considered all issues in this proceeding as if the matter had been properly transferred in the first instance, the determination of the respondent is unanimously confirmed, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Lynch, Rosenberger, Ellerin and Wallach, JJ. [See, 128 Misc 2d 485.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS KING, Appellant.—Judgment, Supreme Court, New York County (Peter McQuillan, J.), rendered on January 26, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Carro, Asch and Wallach, JJ.